UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN ARNAZ WHALEY-EL,

    Plaintiff,

    v.

MICHIGAN DEPARTMENT
OF CORRECTIONS, *et al.*,

    Defendants.
_____/

Case No. 22-12725

Hon. George Caram Steeh
Hon. Elizabeth A. Stafford

ORDER ADOPTING REPORT AND
RECOMMENDATION (ECF NO. 24)

On September 11, 2023, Magistrate Judge Elizabeth A. Stafford issued a report and recommendation proposing that the court grant Defendants' motion for partial summary judgment. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Stafford's analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Stafford's report and recommendation (ECF No. 24) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Defendants' motion for partial summary judgment (ECF No. 17) is GRANTED and Plaintiff's retaliatory transfer claim is DISMISSED WITHOUT PREJUDICE.

Dated: October 10, 2023

                                            s/George Caram Steeh
                                            HON. GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 11, 2023, by electronic and/or ordinary mail and also on Kevin Arnaz Whaley-El #155829, Lakeland Correctional Facility, 141 First Street, Coldwater, MI 49036.

                          s/Michael Lang
                          Deputy Clerk